Jimmie Wayne **JEFFERS,**
Petitioner–Appellant,

v.

Samuel **LEWIS,** Director, Arizona Department of Corrections; Donald Wawrzaszek, Superintendent, Arizona State Prison, Respondents–Appellees.

No. 86–1840.

United States Court of Appeals,
Ninth Circuit.

April 14, 1994.

## ORDER

WALLACE, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.